IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN TRUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CV3280 |
| vs. ) | |
| ) | ORDER |
| STATE OF NEBRASKA, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court following a telephone conference with counsel for the parties on December 10, 2008.

**IT IS ORDERED:**

1. The stay imposed in Filing No. 34 is continued.

2. The parties shall have **seven (7) business days** from the date an order is filed on the amended motion for summary judgment (Filing No. 37), in which to reschedule a planning conference with the court, if necessary. Counsel for the plaintiff shall contact the court within such time period to schedule the planning conference.

DATED this 10th day of December, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge