IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN TRUE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3280 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, ROBERT HOUSTON, Director, Department of Correctional Services, an Agency of the State of Nebraska, DIANE SABATKA-RINE, Warden, Lincoln Correctional Center, ROBERT MADSEN, Deputy Warden, Lincoln Correctional Center, DARLENE PERCIVAL, Lincoln Correctional Center, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The court conducted a telephonic hearing today in this matter. Those who participated included counsel Robert Creager on behalf of the plaintiff'; plaintiff Brian True; and counsel for defendants, Ryan C. Gilbride. The court determined that this matter should be referred to the magistrate judge for progression and scheduling of a pretrial conference and trial. Discovery issues, if any, should be directed to the magistrate judge.

SO ORDERED.

DATED this 5th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge