IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN TRUE,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, ROBERT HOUSTON, Director, Department of Correctional Services, An Agency of The State of Nebraska, DIANE SABATKA-RINE, Warden, Lincoln Correctional Center, and ROBERT MADSEN, Deputy Warden, Lincoln, Lincoln Correctional Center,<br><br>               Defendants. | Case No. 4:07CV3280<br><br>ORDER TO WITHDRAW<br>EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Plaintiff's Exhibits 1, 2, 3, 7, 8 and 9 from non-jury trial held 2/14/2011.

If counsel fails to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 15th day of February, 2011.

                                          s/ Joseph F. Bataillon
                                          United States District Judge