IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN TRUE, ) | |
| ) | Case No. 4:07CV3280 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| STATE OF NEBRASKA, ROBERT ) | |
| HOUSTON, Director, Department of ) | |
| Correctional Services, An Agency of ) | |
| The State of Nebraska, DIANE ) | |
| SABATKA-RINE, Warden, Lincoln ) | |
| Correctional Center, and ROBERT ) | |
| MADSEN, Deputy Warden, Lincoln, ) | |
| Lincoln Correctional Center, ) | |
| ) | |
| Defendants. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Defendants' Exhibits 101-139 from non-jury trial held 2/14/2011.

If counsel fails to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 15th day of February, 2011.

s/ Joseph F. Bataillon
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07